**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| ROBERT PICKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: WDQ 13 CV 2236 |
| | ) |
| COMCAST CABLE, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

**DEAR SIR/MADAM CLERK:**

Please enter the appearance of Brennan C. McCarthy, Esquire and Brennan McCarthy & Associates as counsel for the Plaintiff in the above-referenced action.

Respectfully submitted,

**BRENNAN McCARTHY & ASSOCIATES**
1116 West Street, Suite C
Annapolis, Maryland 21401
Tel: (443) 294-1083
Fax: (443) 200-6135
E-Mail: bmccarthy@brennanmccarthy.com

By: _____/s/_____
Brennan C. McCarthy, Esquire
Fed. Bar No.: 267518

[1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of May, 2014, I did forward a copy of the foregoing via United States, First-Class Mail, postage pre-paid, to:

>Comcast Cable
>1 Comcast Center-Legal Dept.
>1701 John F. Kennedy Blvd.
>Philadelphia, PA 19103

By: _____/s/_____
Brennan C. McCarthy, Esquire
Fed. Bar No.: 267518

[2]